**United States Bankruptcy Court**
**District of Puerto Rico, Ponce Division**

IN RE:                                                                                                           Case No. **16-09826**

**HERNANDEZ TORRES, JOSE A**                                      Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **1/17/2017**                               ☐ AMENDED PLAN DATED: _____
    ☐ PRE ☐ POST-CONFIRMATION                 Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **820.00** x **60** = $ **49,200.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **49,200.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **49,200.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RUSHMORE LOAN M**   Cr. _____   Cr. _____
# **0095**               # _____           # _____
$ **40,000.00**       $ _____        $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
    **RUSHMORE LOAN M**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,000.00**

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Signed: **/s/ JOSE A HERNANDEZ TORRES**
        Debtor

_____
        Joint Debtor

Attorney for Debtor **Modesto Bigas Law Office**             Phone: **(787) 844-1444**

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **HERNANDEZ TORRES, JOSE A**     Case No. **16-09826**

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **AAA, AEE** | | |

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **HERNANDEZ TORRES, JOSE A** _____ Case No. **16-09826**
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
**Continuation Sheet - Page 2 of 2**

**ORDER OF DISTRIBUTION TO BE MADE BY TRUSTEE:**

**- ATTORNEY'S FEES PERSUANT TO 11 USC 330**

**- DEBTOR WILL FUND PLAN WITH ANY SURPLUS FUNDS IN THE MORTGAGE ACCOUNT. SUCH PAYMENT IF ANY, SHALL DEEM THE PLAN MODIFIED BY SAID AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER.**

**TAX REFUND WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF FUNDS.**

**DEBTOR WILL PAY 100% PLUS 4.25% TO UNSECURED CREDITORS.**